# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0119.  NORMA J. MILLER, et al. v. NATIONSTAR MORTGAGE, LLC, f/k/a CENTEX HOME EQUITY COMPANY, LLC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED.  The Appellants may file a Notice of Appeal within 10 days of the date of this order.  If the Appellants have already filed a notice of cross-appeal from the order at issue, they need not file a second notice.  The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/27/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*